# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ALMA HERNANDEZ-PRECIADO,

    Petitioner,

v.                              Case No. 4:17cv477-MW/CJK

CRAIG E. COIL, Warden,
FCI-Tallahassee,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 17. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Government's motion to dismiss, ECF No. 12, is **GRANTED**. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED** for lack

of jurisdiction as Petitioner has not demonstrated entitlement to proceed under § 2241." The Clerk shall close the file.

**SO ORDERED on May 30, 2018.**

<span style="margin-left: 3em;">**s/ MARK E. WALKER**
**United States District Judge**</span>